UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JOVANNY DIAZ RAMOS, ET AL** | * | **CIVIL NO. 12-0699** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **JACQUELINE S. CONWAY, ET AL** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Jose Alberto Machado Ramirez's Rule 41 Motion to Dismiss [rec. doc. 52] is **GRANTED**, and that all claims filed by Jose Alberto Machado Ramirez are **DISMISSED WITH PREJUDICE**. However, it is further **ORDERED** that the dismissal of Mr. Ramirez's claims is **DEFERRED** until after the Court has ruled on the Motion for Contempt [Doc. 60], which is currently pending, but has not yet been set for hearing.

**IT IS FURTHER ORDERED** that the Motion to Alter or Amend Judgment of Dismissal [rec. doc. 54] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss All Claims and for Contempt, Sanctions and Attorneys Fees [rec. doc. 40] is **DENIED AS MOOT** as to Jose Alberto Ramirez.

**IT IS FURTHER ORDERED** that the Motion to Dismiss All Claims and for Contempt, Sanctions and Attorneys Fees [rec. doc. 40] is **DENIED** as to Joyanny Diaz Ramos and Javier Enriquez Castillo.

Lafayette, Louisiana, this 8 day of August, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE