U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 23 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Ramos, et al | Civil Action No. 12-00699 |
| versus | Judge Richard T. Haik, Sr. |
| Conway, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

Defendants' Motion for Award of Costs and Attorneys Fees [Rec. Doc. 59] and Motion for Contempt of Court [Rec. Doc. 60] were referred to United States Magistrate Judge C. Michael Hill for Hearing and Recommendation. The Magistrate Judge conducted a hearing on July 17, 2013 and issued Certification and Recommendations on July 26, 2013. *R. 72.* On August 15, 2013, this action was transferred to the undersigned and the September 9, 2013 trial date and all deadlines were upset. *R. 78, 79.*

On October 17, 2013, the Court conducted a hearing for plaintiff, Jose Alberto Ramirez, to show cause why defendants' motions should not be granted. *R. 84.* Counsel for Ramirez attended the hearing. Based on the oral reasons assigned at the hearing, the Court concludes that the Certification and Recommendations of the Magistrate Judge is correct and therefore adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED** that Defendants' Motion for Award of Costs and Attorneys Fees [Rec. Doc. 59] and Motion for Contempt of Court [Rec. Doc. 60] are **GRANTED** and within 10 days of the date of entry of this judgment, plaintiff, Jose Alberto Ramirez, is to pay $1,600.00 in attorney's fees to defense counsel, M. Candice Hattan, as a civil contempt

remedy.

**IT IS FURTHER ORDERED** that the claims filed by Jose Alberto Ramirez are **DISMISSED WITH PREJUDICE** as provided in the Court's August 8, 2013 Judgment. *R. 77.* The claims of plaintiffs, Jovanny Diaz Ramos and Javier Enriquez Castillo, remain pending.

**IT IS FURTHER ORDERED** that the trial of this matter is rescheduled to October 6, 2014 and the Clerk of Court is to re-issue a Scheduling Order beginning with the Discovery deadline.

**THUS DONE AND SIGNED** this 23rd day of October, 2013 at Lafayette, Louisiana.

_____
RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE