U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

JUL 23 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOVANNY DIAZ RAMOS, ET AL | * | CIVIL NO. 6:12-CV-0699 |
| VERSUS | * | JUDGE HAIK |
| JACQUELINE S. CONWAY, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims filed by plaintiff, Javier Enriquez Castillo, be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. Rule 41(b).

Lafayette, Louisiana, this 21st day of July, 2014

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE